**Opinion issued March 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00071-CR

————————————

## IN RE MOHAMAD AYOUB, Realtor

---

**Original Proceeding on Petition for Writ of Mandamus
and Writ of Prohibition**

---

## MEMORANDUM OPINION

Relator, Mohamad Ayoub, has filed a petition for a writ of mandamus and for a writ of prohibition, challenging the trial court's order denying his "Motion [for] Reconsideration of Discharge of Community Supervision" and "Order on Motion

for Dismissal and Discharge."[1]  Relator has filed an unopposed motion to dismiss the petition as moot.

Accordingly, we reinstate relator's petition, grant his motion, and dismiss the petition.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  The underlying proceeding is *The State of Texas v. Mohamad Ayoub*, cause no. 1436092, in the 262nd District Court of Harris County, Texas, the Honorable Lori Chambers Gray presiding. The Honorable Denise Bradley, who signed the challenged orders, no longer presides over the 262nd District Court. Accordingly, we abated the proceeding to allow the Honorable Lori Chambers Gray to reconsider the rulings underlying this proceeding. *See* TEX. R. APP. P. 7.2(b).

2